UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE STEWART and JULIAN STEWART,<br><br>Plaintiff,<br><br>vs.<br><br>WYNDHAM VACATION RESORTS, INC., *et al.*,<br><br>Defendants. | Case No. 2:19-cv-8078-JAK (FFMx)<br><br>**ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE (DKT. 11)**<br><br>**JS-6** |

Pursuant to the stipulation to dismiss this case with prejudice (the "Stipulation"), the Court finds good cause to **GRANT** the Stipulation. Accordingly, the Plaintiffs' Complaint is hereby dismissed, with prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure. The parties shall bear their own costs.

In the event that the settlement between the parties is not fully documented and consummated within 30 days, Plaintiffs may, at their option, re-open this action upon Notice to the Court. In the event the case is so re-opened, Defendant shall have ten

(10) days from the date of re-opening to file either a motion or answer in response to the Complaint.

IT IS SO ORDERED.

Dated: November 20, 2019

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE